**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Lopez, | No. CV-24-00231-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Walmart Claims Services Incorporated, | |
| Defendant. | |

A judge has a duty to disqualify herself for the reasons specified in 28 U.S.C. § 455(b).  She shall also disqualify herself to avoid the appearance of impropriety or if her impartiality could be reasonably questioned whether such impartiality actually exists.  28 U.S.C. §455(a).  *See also* Code of Conduct for United States Judges, Canons 2 and 3.  The Court has reviewed this case file and finds that it is advisable to recuse itself, pursuant to subsection a.

**Accordingly**,

**IT IS ORDERED** that this case be randomly reassigned by the Clerk of the Court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall reassign this action and reflect herein that this case has been randomly reassigned to Judge Angela M. Martinez.

**IT IS FURTHER ORDERED** that on all documents subsequently filed in this case, shall reflect the case number as follows: CV 24-231-TUC-AMM. Please note that the

initials (AMM) in the case number are very important because documents are routed to the assigned Judge, accordingly.

Dated this 16th day of May, 2024.

_____
Honorable Cindy K. Jorgenson
United States District Judge